# 47

## FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 7 | 986 | .80 | Notes payable to banks—secured | - | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | - | | |
| Listed securities—add schedule | 73 | 331 | .00 | Notes payable to relatives | - | | |
| Unlisted securities—add schedule | - | | | Notes payable to others | - | | |
| Accounts and notes receivable: | - | | | Accounts and bills due | - | | |
| Due from relatives and friends | - | | | Unpaid income tax | - | | |
| Due from others | - | | | Other unpaid tax and interest | - | | |
| Doubtful | - | | | Real estate mortgages payable—add schedule | 188 | 487 | .84 |
| Real estate owned—add schedule | 490 | 400 | .00 | Chattel mortgages and other liens payable | - | | |
| Real estate mortgages receivable | - | | | Other debts—itemize: | - | | |
| Autos and other personal property | 61 | 500 | .00 | See schedule | | | |
| Cash value—life insurance | - | | | Retirement Account | 30 | 000 | .00 |
| Other assets—itemize: | | | | | | | |
| Retirement | 308 | 743 | .04 | | | | |
| IRA | 31 | 100 | .00 | | | | |
| Foley, Hoag & Eliot Cap. | | | | Total liabilities | 239 | 487 | .8 |
| Acct. | 85 | 000 | .00 | Net Worth | 819 | 073 | .00 |
| Total Assets | 1058 | 560 | .84 | Total liabilities and net worth | 1058 | 560 | .8 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | - | | | Are any assets pledged? (Add schedule.) No | | | |
| On leases or contracts | - | | | Are you defendant in any suits or legal actions? No | | | |
| Legal Claims | - | | | Have you ever taken bankruptcy? No | | | |
| Provision for Federal Income Tax and State | 21 | 000 | .00 | | | | |
| Other special debt | - | | | | | | |

FOLEY, HOAG & ELIOT RETIREMENT PLAN & TRUST

STATEMENT AS OF DECEMBER 30, 1994

PARTICIPANT:          SANDRA L. LYNCH

GENERAL ACCOUNT:

| | |
|---|---|
| Brandywine Fund | 23,940.30 |
| CGM Mutual Fund | 22,197.86 |
| Fidelity Asset Manager: Growth | 22,582.52 |
| Fidelity Cash Reserves | 8,352.12 |
| Fidelity Emerging Markets | 11,024.87 |
| Fidelity Magellan Fund | 43,122.94 |
| Fidelity Capital Appreciation | 15,028.94 |
| Oakmark International | 21,294.39 |
| PBHG Growth Fund | 24,956.22 |
| Quantitative Group Numeric – Ordinary | 10,132.44 |
| Scudder International Fund, Inc. | 18,837.61 |
| Strong Discovery Fund | 14,031.20 |
| T. Rowe Price International Discovery | 8,735.70 |
| Twentieth Century Ultra Investors | 24,383.49 |
| Vanguard FISF GNMA Portfolio | 34,305.71 |
| Vanguard FISF Short–Term Federal Portfolio | 71,055.83 |
| Vanguard Windsor | 37,734.27 |
| Vanguard International Growth | 14,462.50 |
| Total: | 426,178.91 |

VOLUNTARY CONTRIBUTION ACCOUNT:

| | |
|---|---|
| Vanguard FISF GNMA Portfolio | 7,564.13 |
| Total: | 7,564.13 |

INVESTMENT CHOICES:                                      $ 433,743.04

Please state how you wish the above sums, including prior years'
accumulations, to be invested. Be sure to indicate Voluntary
Contributions separately. Please specify investments carefully and
completely (e.g. – name of mutual fund, name of bank and type of
account and precisely where obtainable (name, address and telephone
number).

GENERAL ACCOUNT:                         DOLLAR AMOUNT OR PERCENT
                                                OF TOTAL

SANDRA LEA LYNCH
FINANCIAL STATEMENT
SCHEDULES
1/4/95

I. **Assets**

1. **Listed Securities**

   Fidelity Mass. Tax Free Money
   Market Fund                                         $    73,831.30

2. **Real Estate Owned**

   Primary Residence
   69 Naples Road
   Brookline, Massachusetts                            $   354,800.00

   Summer camp
   Bearcamp Pond
   Sandwich, New Hampshire                                 135,000.00

   Lot of land
   Taos, New Mexico                                           600.00

          Real Estate Sub-Total                        $   490,400.00

3. **Automobiles and Personal Property**

   1. 1990 Volvo Turbo Station wagon          $    11,500.00±

   2. Household furnishings, rugs and         $    50,000.00±
      art (estimate)

4. **Other Assets**

   Foley, Hoag & Eliot Retirement
   Plan & Trust (see attachments)                      $   433,743.04

   Less amount for QUADRO reserved
   for John E. Bowman, Jr.                             $(- 125,000.00)

                                                       $   308,743.04

   IRA - Fidelity Disciplined Equity                   $    31,100.00

   Capital Account at Foley, Hoag &
   Eliot, payable only upon my
   resignation as a partner                            $    85,000.00

SANDRA LEA LYNCH

## II. Contingent Liabilities

Other than as a Foley, Hoag & Eliot partner, I have no contingent liabilities. As a partner of Foley, Hoag & Eliot, I am liable, with my partners for the debts of the partnership. These vary with the business needs of the law firm.

As to "Provision for Income Tax", an estimated tax payment of about $17,000 in federal tax and $4,000 in state tax will be due on April 15, 1995. The exact amount due will depend on my 1994 income as a basis for estimating 1995 tax liability.

## III. Liabilities

Accounts and bills due vary from month to month. I have no large outstanding credit card balances. Later in the year, payments will be due as described below, but I have not listed them as current debts on the Financial Statement.

### 1. Unpaid Income Tax

None. See provisions for income tax above.

### 2. Other Unpaid Tax

Real estate tax payments will be due in 1995.

| | |
|---|---|
| Brookline property (similar amounts will be due in quarterly payments in 1995) (estimated) (I have made the first quarterly payment) | $ 1,550.00 |
| Sandwich property (estimated) (due November, 1995) | $ 1,600.00 |

### 3. Real Estate Mortgages

Countrywide Financial Services holds a mortgage on my Brookline house. The sum owed, as of January, 1995, is $188,487.84.

### 4. Other Debts

Every year, under the terms of my divorce, I contribute $5,000 into the Stephen Lynch Bowman Trust. I have made that contribution for 1995.

SANDRA LEA LYNCH

By January 18, 1995 I may be required to make a contribution to my Foley, Hoag & Eliot capital account and am required to make a contribution to my retirement account ($30,000).

In April, 1995 my car insurance premium of about $1,200 will be due.

In November, 1995 my home insurance premium of about $1,500 will be due.

SANDRA LEA LYNCH

## 1993 INCOME

1.  Income (lines 1 thru 7 of Form K-1) for 1993 from Foley, Hoag & Eliot (includes share of firm's interest and dividends                    $   268,770.00

2.  Interest from Fidelity Mass.                     337.00
    Tax Free Money Market Fund

3.  Interest from Bay Bank checking                  344.00
    and savings accounts

4.  Interest income from Fleet Bank                  125.00

## 1994 INCOME

Through December 31, 1994

1.  Income for 1994 from
    Foley, Hoag & Eliot                              $   199,173.00
    (not including a distribution for
    1994 to be made in mid-January)

2.  Interest from Fidelity Mass.
    Tax Free Money Market Fund                       1,483.67

3.  Interest from Bay Bank checking
    and savings accounts                             155.61

FOLEY, HOAG & ELIOT RETIREMENT PLAN & TRUST

STATEMENT AS OF DECEMBER 30, 1994

PARTICIPANT:          SANDRA L. LYNCH

GENERAL ACCOUNT:

| | |
|---|---|
| Brandywine Fund | 23,rv0.30 |
| CGM Mutual Fund | 22,197.86 |
| Fidelity Asset Manager: Growth | 22,582.52 |
| Fidelity Cash Reserves | 8,352.12 |
| Fidelity Emerging Markets | 11,024.87 |
| Fidelity Magellan Fund | 43,122.94 |
| Fidelity Capital Appreciation | 15,028.94 |
| Oakmark International | 21,294.39 |
| PBHG Growth Fund | 24,956.22 |
| Quantitative Group Numeric – Ordinary | 10,132.44 |
| Scudder International Fund, Inc. | 18,837.61 |
| Strong Discovery Fund | 14,031.20 |
| T. Rowe Price International Discovery | 8,735.70 |
| Twentieth Century Ultra Investors | 24,383.49 |
| Vanguard FISF GNMA Portfolio | 34,305.71 |
| Vanguard FISF Short–Term Federal Portfolio | 71,055.83 |
| Vanguard Windsor | 37,734.27 |
| Vanguard International Growth | 14,462.50 |
| | |
| Total: | 426,178.91 |

VOLUNTARY CONTRIBUTION ACCOUNT:

| | |
|---|---|
| Vanguard FISF GNMA Portfolio | 7,564.13 |
| | |
| Total: | 7,564.13 |

INVESTMENT CHOICES:                    $ 433,743.04

Please state how you wish the above sums, including prior years'
accumulations, to be invested. Be sure to indicate Voluntary
Contributions separately. Please specify investments carefully and
completely (e.g. – name of mutual fund, name of bank and type of
account and precisely where obtainable (name, address and telephone
number).

GENERAL ACCOUNT:                          DOLLAR AMOUNT OR PERCENT
                                                OF TOTAL

| AO-10<br>Rev, 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, 101-112) |
| --- | --- | --- |

| 1. Person Reporting (Last name, first, middle initial)<br><br>LYNCH, SANDRA L. | 2. Court or Organization<br><br>U.S. COURT OF APP. 1ST CIR. | 3. Date of Report<br><br>01/11/95 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or<br>senior status; Magistrate Judges indicate<br>full- or part-time)<br><br>JUDGE | 5. Report Type (check appropriate type)<br>  X  Nomination, Date 01/11/95<br>____ Initial ____ Annual ____ Final | 6. Reporting Period<br><br>01/01/93 to<br>01/02/95 |
| 7. Chambers or Office Address<br>U.S. COURTHOUSE<br>POST OFFICE SQUARE<br>BOSTON, MA 02109 | 8. On the basis of the information contained in this Report, it<br>is, in my opinion, in compliance with applicable laws and<br>regulations ___<br><br>Reviewing Officer Signature _____ |  |

| IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each section where you have no reportable information. Sign on last page. |
| --- |

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| ☐ | NONE (No reportable positions) | |

| Partner | Foley, Hoag & Eliot |
| --- | --- |
| Co-Chair (1994-1995) | Leading Industries Com., Bos. C. of Commerce |
| Board (1993-95) | New England Legal Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| ☐ NONE (No reportable agreements) | |
| _____ Please also see Section VIII | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| ☐ NONE (No reportable non-investment income) | | |
| 1 thru 12/31/94 | Foley, Hoag & Eliot (includes share of firm's div. & int.) | $ 199173.00 |
| 1993 | Foley, Hoag & Eliot (includes share of firm's div. & int.) | $ 268770.00 |
| 1992 | Foley, Hoag & Eliot (includes share of firm's div. & int.) | $ 262425.00 |
| | [I am a partner in the law firm of Foley, Hoag & Eliot] | $ 0.00 |
| | | $ |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LYNCH, SANDRA L. | 01/11/95 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 12-14 of Instructions.)

SOURCE                                   DESCRIPTION

☐  NONE   (No such reportable reimbursements or gifts)

1

2 _____  Exempt _____

3

4

5

6

7

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 15-16 of Instructions.)

SOURCE                         DESCRIPTION                    VALUE

☐  NONE   (No such reportable gifts)

1

2 _____  Exempt _____  $_____0.00

3 _____  $_____

4 _____  $_____

_____  $_____

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 16-17 of Instructions.)

CREDITOR                         DESCRIPTION                VALUE CODE*

☒  NONE   (No reportable liabilities)

1

2

3

4

5

6

7

* VALUE CODES:  J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting LYNCH, SANDRA L. | Date of Report 01/11/95 |
|---|---|---|

**VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions** (Includes those of spouse and dependent children; See pp. 18-26 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of asset by using the parenthetical "(S)", asset joint ownership or reportating the individual and spouse "(J)", for separate ownership by spouse, or "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Methods (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  Fidelity Mass Tax Free MM '94 | B | Int | L | T | | | | | |
| 2  Fidelity Mass Tax Free MM '93 | A | Int | K | T | | | | | |
| 3  BayBank -- 1994 | A | Int | J | T | | | | | |
| 4  BayBank -- 1993 | A | Int | J | T | | | | | |
| 5  FNE Retirement Plan & Trst '94 | A | Div | N | T | | | | | |
| 6  FNE Retirement Plan & Trst '93 | F | Div | N | T | | | | | |
| 7  IRA-1994-Fidelity Disc. Eq. | A | Div | K | T | | | | | |
| 8  IRA-1993-Fidelity Disc. Eq. | A | Div | K | T | | | | | |
| 9  S. L. Bowman Trust, 1994(DC) | A | Div | K | T | | | | | |
| 10  S. L. Bowman Trust, 1993(DC) | A | Div | K | T | | | | | |
| 11  S. L. Bowman UTMA '94 (DC) | A | Div | K | T | | | | | |
| 12  S. L. Bowman UTMA '93 (DC) | A | Div | K | T | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1  Income/Gain Codes: (See Col. B1 & D3) | A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000 E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000 |
| 2  Value Codes: (See Col. C1 & D3) | J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000 N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000 |
| 3  Value Method Codes: (See Col. C2) | Q=Appraisal  R=Cost(real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>LYNCH, SANDRA L. | Date of Report<br>01/11/95 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Section II. Agreements. Under the terms of the Foley, Hoag & Eliot Partnership Agreement, upon my resignation as a partner, I will receive a distribution of sums in my capital account and my retirement funds will be rolled over. The firm reserves a portion of the profits for distribution at year end. It is entirely discretionary with the firm whether I receive any portion of the reserved profits for the year in which I last worked and I have no agreements as to that.

## I. POSITIONS   (Cont'd.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| President | Boston Bar Association (1992-1993) |
| Trustee (1992-93) | George Robert White Trust, City of Boston |
| Member (1994-95) | Supreme Judicial Ct. Comm. on Model Rules/Pr |
| Board (1994-95) | Supreme Judicial Court Historic Society |
| Member (1994-95) | AAA Panel on Large and Complex Cases |
| Member, Policy Committee (1993-94) | Massachusetts Taxpayers Foundation |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LYNCH, SANDRA L. | 01/11/95 |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date ___1/11/95___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, 104, AND 18 U.S.C. 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Washington, D.C. 20544

F. DAVIS DASSORI, JR.
Custodian for Stephen Lynch Bowman under the
Massachusetts Uniform Transfers to Minors Act
Exchange Place, 34th Floor
Boston, Massachusetts 02109-2891

REPORT FOR THE PERIOD
FROM JANUARY 1, 1994,
THROUGH DECEMBER 31, 1994

At the beginning of the period the Custodian held the following assets:

|   |   |   | Book Value | Market Value |
|---|---|---|---|---|
| 1. |  | Cash | $ 26.00 | $ 26.00 |
| 2. | 1,015.390 shares | Freedom Cash Management Fund | 1,015.39 | 1,015.39 |
| 3. | 75 shares | American International Group | 4,773.50 | 6,581.25 |
| 4. | 100 shares | American Telephone & Tel. Co. | 4,597.25 | 5,250.00 |
| 5. | 110 shares | Archer-Daniels-Midland Co. | 2,391.75 | 2,502.50 |
| 6. | 100 shares | Corning Inc. | 3,834.75 | 2,800.00 |
| 7. | 50 shares | Federal National Mortgage Assn. | 3,029.75 | 3,925.00 |
| 8. | 100 shares | Safety-Kleen Corp. | 2,422.25 | 1,625.00 |
| 9. | 50 shares | Student Loan Marketing Assn. | 3,461.00 | 2,243.75 |
| 10. | 100 shares | Syntex Corp. | 3,034.75 | 1,587.50 |
| 11. | $10,000 | American Express cr. notes due 6/15/2000, 6.125% | 10,155.25 | 10,193.80 |
|  |  |  | $ 38,741.64 | $ 37,750.19 |

At the end of the period the Custodian held the following assets:

|   |   |   | Book Value | Market Value |
|---|---|---|---|---|
| 1. |  | Cash | $ 18.00 | $ 18.00 |
| 2. | 1,304.310 shares | Freedom Cash Management Fund | 1,304.31 | 1,304.31 |
| 3. | 75 shares | American International Group | 4,773.50 | 7,350.00 |
| 4. | 172 shares | Archer-Daniels-Midland Co. | 2,391.75 | 3,547.50 |
| 5. | 100 shares | AT&T Corp. | 4,597.25 | 5,025.00 |
| 6. | 100 shares | Corning Inc. | 3,834.75 | 2,987.50 |
| 7. | 50 shares | Federal National Mortgage Assn. | 3,029.75 | 3,643.75 |
| 8. | 50 shares | Intel Corp. | 3,442.25 | 3,193.75 |

| | | | | |
|---|---|---|---|---|
| 9. | 50 shares | Student Loan Marketing Assn. | 3,461.00 | 1,625.00 |
| 10. | $10,000 | American Express cr. notes due 6/15/2000, 6.125% | 10,155.25 | 9,000.00 |
| | | | $37,007.81 | $37,694.81 |

During the period the Custodian received dividend and interest income in the aggregate amount of **$1,055.27.**

During the period the Custodian purchased the following assets in transactions involving more than $1,000, in the open market, for the following prices including brokerage:

| | | |
|---|---|---|
| 50 shares | Intel Corp., on 4/19/94 | 3,442.25 |

During the period the Custodian sold the following assets in transactions involving more than $1,000, in the open market, for the following prices net of brokerage and at the following gains or losses:

| | | Price | Gain or Loss |
|---|---|---|---|
| 100 shares | Safety-Kleen Corp., on 4/19/94 | $ 1,377.70 | ($ 1,044.55) |
| 100 shares | Syntex Corp., on 4/19/94 | 1,290.20 | ( 1,744.55) |

During the period the Custodian did not receive any additions from other persons to the assets in his custody.

January 5, 1995

F. Davis Dassori, Jr.

1-144829

**F. DAVIS DASSORI, JR.**
Trustee of the Stephen Lynch Bowman Trust
dated December 5, 1991
Exchange Place, 34th Floor
Boston, Massachusetts 02109-2891

REPORT FOR THE PERIOD
FROM JANUARY 1, 1994,
THROUGH DECEMBER 31, 1994

At the beginning of the period the Trustee held the following assets:

|     |              |                                          | Book Value | Market Value |
|-----|--------------|------------------------------------------|------------|--------------|
| 1.  |              | Cash                                     | $ 5,000.00 | $ 5,000.00   |
| 2.  | 6,846.100 shares | Freedom Cash Management Fund         | 6,846.10   | 6,846.10     |
| 3.  | 100 shares   | Anheuser Busch Cos., Inc.                | 5,259.75   | 4,912.50     |
| 4.  | 50 shares    | General Electric Co.                     | 3,948.50   | 5,243.75     |
| 5.  | 100 shares   | Hartford Steam Boiler Insp. & Ins. Co.   | 4,897.25   | 4,450.00     |
| 6.  | 50 ADRs      | Telefonos de Mexico SA                   | 2,923.50   | 3,375.00     |
|     |              |                                          | $ 28,875.10 | $ 29,827.35 |

At the end of the period the Trustee held the following assets:

|     |              |                                | Book Value  | Market Value |
|-----|--------------|--------------------------------|-------------|--------------|
| 1.  |              | Cash                           | $5,017.36   | $5,017.36    |
| 2.  | 8,966.950 shares | Freedom Cash Management Fund | 8,966.95   | 8,966.95     |
| 3.  | 100 shares   | Abbott Laboratories            | 2,722.25    | 3,262.50     |
| 4.  | 100 shares   | Anheuser Busch Cos., Inc.      | 5,259.75    | 5,087.50     |
| 5.  | 100 shares   | General Electric Co.           | 3,948.50    | 5,100.00     |
| 6.  | 100 shares   | McDonald's Corp.               | 2,873.50    | 2,925.00     |
| 7.  | 125 shares   | Myers Industries Inc.          | 2,147.25    | 1,750.00     |
| 8.  | 100 shares   | Newell Co.                     | 2,004.75    | 2,100.00     |
| 9.  | 50 ADRs      | Telefonos de Mexico SA         | 2,923.50    | 2,050.00     |
| 10. | 100 shares   | York International Corp        | 3,809.75    | 3,687.50     |
|     |              |                                | $ 39,673.56 | $39,946.81   |

During the period the Trustee received dividend income in the aggregate amount of **$870.46.**

During the period the Trustee purchased the following assets in transactions involving more than $1,000, in the open market, for the following prices including brokerage:

| | | |
|---|---|---|
| 100 shares | Abbott Laboratories, on 4/19/94 | $ 2,722.25 |
| 50 shares | McDonald's Corp., on 4/19/94 | 2,873.50 |
| 100 shares | Myers Industries Inc., on 4/19/94 | 2,147.25 |
| 50 shares | Newell Co., on 4/19/94 | 2,004.75 |
| 100 shares | York International Corp., on 4/19/94 | 3,809.75 |

During the period the Trustee sold the following assets in transactions involving more than $1,000, in the open market, for the following prices net of brokerage and at the following gains or losses:

| | | Price | Gain or Loss |
|---|---|---|---|
| 100 shares | Hartford Steam Boiler Inspection & Insurance Co., on 4/19/94 | $ 4,777.59 | ($ 119.66) |

During the period the Trustee received the following additions to the assets held in trust by him, in each case from a parent of the Beneficiary:

| | | |
|---|---|---|
| 7/7/94 | Sandra L. Lynch | $5,000.00 |
| 12/31/94 | John E. Bowman, Jr. | 5,000.00 |

January 5, 1994

F. Davis Dassori, Jr.

1-144829

**F. DAVIS DASSORI, JR.**
Custodian for Stephen Lynch Bowman under the
Massachusetts Uniform Transfers to Minors Act
Exchange Place, 34th Floor
Boston, Massachusetts 02109-2891

REPORT FOR THE PERIOD
FROM JANUARY 1, 1993,
THROUGH DECEMBER 31, 1993

At the beginning of the period the Custodian held the following assets:

|  |  |  | Book Value | Market Value |
|---|---|---|---|---|
| 1. |  | Cash | $ 8.50 | $ 8.50 |
| 2. | 17,601.540 shares | Freedom Cash Management Fund | 17,601.54 | 17,601.54 |
| 3. | 50 shares | American International Group | 4,773.50 | 5,800.00 |
| 4. | 100 shares | American Telephone & Tel. Co. | 4,597.25 | 5,100.00 |
| 5. | 105 shares | Archer-Daniels-Midland Co. | 2,397.25 | 2,782.50 |
| 6. | 50 shares | Federal National Mortgage Assn. | 3,029.75 | 3,818.75 |
| 7. | 100 shares | Safety-Kleen Corp. | 2,422.25 | 2,375.00 |
| 8. | 100 shares | Syntex Corp. | 3,034.75 | 2,300.00 |
|  |  |  | $37,864.79 | $39,777.79 |

At the end of the period the Custodian held the following assets:

|  |  |  | Book Value | Market Value |
|---|---|---|---|---|
| 1. |  | Cash | $ 26.00 | $ 26.00 |
| 2. | 1,015.390 shares | Freedom Cash Management Fund | 1,015.39 | 1,015.39 |
| 3. | 75 shares | American International Group | 4,773.50 | 6,581.25 |
| 4. | 100 shares | American Telephone & Tel. Co. | 4,597.25 | 5,250.00 |
| 5. | 110 shares | Archer-Daniels-Midland Co. | 2,391.75 | 2,502.50 |
| 6. | 100 shares | Corning Inc. | 3,834.75 | 2,800.00 |
| 7. | 50 shares | Federal National Mortgage Assn. | 3,029.75 | 3,925.00 |
| 8. | 100 shares | Safety-Kleen Corp. | 2,422.25 | 1,625.00 |
| 9. | 50 shares | Student Loan Marketing Assn. | 3,461.00 | 2,243.75 |
| 10. | 100 shares | Syntex Corp. | 3,034.75 | 1,587.50 |
| 11. | $10,000 | American Express cr. notes due 6/15/2000, 6.125% | 10,155.25 | 10,193.80 |
|  |  |  | $ 38,741.64 | $ 37,750.19 |

During the period the Custodian received dividend and interest income in the aggregate amount of **$986.49.**

During the period the Custodian purchased the following assets in transactions involving more than $1,000, in the open market, for the following prices including brokerage:

|  |  |  |
|---|---|---|
| 100 shares | Corning Inc., on 1/28/93 | $ 3,834.75 |
| 50 shares | Student Loan Marketing Assn., on 1/5/93 | 3,461.00 |
| $10,000 | American Express Cr. notes due 6/15/2000, 6.125%, on 7/21/93 | 10,155.25 |

During the period the Custodian sold no assets.

During the period the Custodian did not receive any additions from other persons to the assets in his custody.

November 15, 1994

F. Davis Dassori, Jr.

**F. DAVIS DASSORI, JR.**
Trustee of the Stephen Lynch Bowman Trust
dated December 5, 1991
Exchange Place, 34th Floor
Boston, Massachusetts 02109-2891

REPORT FOR THE PERIOD
FROM JANUARY 1, 1993,
THROUGH DECEMBER 31, 1993

At the beginning of the period the Trustee held the following assets:

|  |  |  | Book Value | Market Value |
|---|---|---|---|---|
| 1. |  | Cash | $ 5,000.00 | $ 5,000.00 |
| 2. | 1,558.890 shares | Freedom Cash Management Fund | 1,558.89 | 17,558.89 |
| 3. | 50 shares | General Electric Co. | 3,948.50 | 4,162.50 |
| 4. | 100 shares | Hartford Steam Boiler Insp. Ins. Co. | 4,897.25 | 5,500.00 |
| 5. | 50 ADRs | Telefonos de Mexico SA | 2,923.50 | 2,800.00 |
|  |  |  | $18,328.14 | $19,031.39 |

At the end of the period the Trustee held the following assets:

|  |  |  | Book Value | Market Value |
|---|---|---|---|---|
| 1. |  | Cash | $ 5,000.00 | $ 5,000.00 |
| 2. | 6,846.100 shares | Freedom Cash Management Fund | 6,846.10 | 6,846.10 |
| 3. | 100 shares | Anheuser Busch Cos., Inc. | 5,259.75 | 4,912.50 |
| 4. | 50 shares | General Electric Co. | 3,948.50 | 5,243.75 |
| 5. | 100 shares | Hartford Steam Boiler Insp. & Ins. Co. | 4,897.25 | 4,450.00 |
| 6. | 50 ADRs | Telefonos de Mexico SA | 2,923.50 | 3,375.00 |
|  |  |  | $ 28,875.10 | $ 29,827.35 |

During the period the Trustee received dividend income in the aggregate amount of $578.96.

During the period the Trustee purchased the following assets in transactions involving more than $1,000, in the open market, for the following prices including brokerage:

    100 shares  Anheuser Busch Cos., Inc.,
                         on 6/11/93             5,259.75

During the period the Trustee sold no assets.

During the period the Trustee received the following additions to the assets held in trust by him, in each case from a parent of the Beneficiary:

| | | |
|---|---|---|
| 10/13/93 | Sandra L. Lynch | $5,000.00 |
| 12/31/93 | John E. Bowman, Jr. | 5,000.00 |

November 15, 1994

F. Davis Dassori, Jr.

1-144829

FOLEY, HOAG & ELIOT RETIREMENT PLAN & TRUST

STATEMENT AS OF DECEMBER 30, 1994

PARTICIPANT:       SANDRA L LYNCH

GENERAL ACCOUNT:

| | |
|---|---|
| Brandywine Fund | 23,940.30 |
| CGM Mutual Fund | 22,197.86 |
| Fidelity Asset Manager: Growth | 22,582.52 |
| Fidelity Cash Reserves | 8,352.12 |
| Fidelity Emerging Markets | 11,024.87 |
| Fidelity Magellan Fund | 43,122.94 |
| Fidelity Capital Appreciation | 15,028.94 |
| Oakmark International | 21,294.39 |
| PBHG Growth Fund | 24,956.22 |
| Quantitative Group Numeric – Ordinary | 10,132.44 |
| Scudder International Fund, Inc. | 18,837.61 |
| Strong Discovery Fund | 14,031.20 |
| T. Rowe Price International Discovery | 8,735.70 |
| Twentieth Century Ultra Investors | 24,383.49 |
| Vanguard FISF GNMA Portfolio | 34,305.71 |
| Vanguard FISF Short–Term Federal Portfolio | 71,055.83 |
| Vanguard Windsor | 37,734.27 |
| Vanguard International Growth | 14,462.50 |
| Total: | 426,178.91 |

VOLUNTARY CONTRIBUTION ACCOUNT:

| | |
|---|---|
| Vanguard FISF GNMA Portfolio | 7,564.13 |
| Total: | 7,564.13 |

INVESTMENT CHOICES:                    $ 433,743.04

Please state how you wish the above sums, including prior years'
accumulations, to be invested. Be sure to indicate Voluntary
Contributions separately. Please specify investments carefully and
completely (e.g. – name of mutual fund, name of bank and type of
account and precisely where obtainable (name, address and telephone
number).

GENERAL ACCOUNT:                    DOLLAR AMOUNT OR PERCENT
                                                          OF TOTAL